ATTORNEYGRIEVANCE COMMISSION *    IN THE
OF MARYLAND                COURT OF APPEALS
                 *    OF MARYLAND
       Petitioner

                 *    Misc. Docket AG No. 24

v.

                 *    September Term, 2017

RAOUF MUHAMMAD ABDULLAH    *

       Respondent.          *

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Raouf M. Abdullah. The Court, having considered the Petition and the record herein, it is this 22nd day of September, 2017,

ORDERED, that Respondent, Raouf M. Abbdullah, be and he is hereby REPRIMANDED for violating Rule 5.1 of the Maryland Lawyers' Rules of Professional Conduct.

                               /s/ Clayton Greene Jr.
                               Senior Judge